UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20547-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**CINTIA PIREZ**,

    Defendant.
_____/

## ORDER

This case was transferred to the undersigned on January 16, 2009.  Upon a review of the file, it appears that Magistrate Judge Barry L. Garber entered a Report and Recommendation [D.E. 50] on September 26, 2008, recommending that Defendant, Cintia Pirez's Motion to Suppress Statements [D.E. 31] be denied.  No objections to the Report have been filed.  The Court has carefully reviewed Judge Garber's Report, the parties' written submissions, and the applicable law, and has conducted a *de novo* review of the record.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report [D.E. 50] is **AFFIRMED** and Defendant's Motion to Suppress Statements [D.E. 31] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of January, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record